MEMORANDUM OPINION








 

 

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 

 

 



                                                                                                                                                            

                                                                                                                       

 

 

 

MEMORANDUM OPINION

 

Nos. 04-08-00914-CR,
04-08-915-CR, and 04-08-916-CR

 

David SAUCEDO,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 399th Judicial
District Court, Bexar County, Texas

Trial Court No. 2007-CR-2034A,
2007-CR-3012, and 2008-CR-3427B

Honorable Juanita A.
Vasquez-Gardner, Judge Presiding

 

PER CURIAM 

 

Sitting:            Rebecca Simmons,
Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:   March 25, 2009

 

DISMISSED

 

Appellant
has filed a motion to dismiss each of the above numbered appeals by withdrawing
his notices of appeal.  The motion is granted and these appeals are dismissed. 
See Tex. R. App. P.
42.2(a).

 

PER
CURIAM

DO NOT PUBLISH